UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

07-9570

| UNITED STATES OF AMERICA | ) | Magistrate's Docket No. |
| --- | --- | --- |
|  | )1) Misdemeanor Class A | Case No. |
| v. | )2) Misdemeanor Class B |  |
|  | ) | COMPLAINT P0455041 |
| BARTHOLOMIO R. MOBILIO, JR. | ) | P0455042 |

Offense on a Federal Reservation

Before the Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal Reservation under the provisions of 18 U.S.C. 3401, personally appeared this day JACOB ELBERG, Assistant U. S. Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 22nd day of September 2007, at Gateway Recreation Area (Sandy Hook), Highlands, New Jersey, in the Judicial District of New Jersey, BARTHOLOMIO R. MOBILIO, JR., did, at approximately 1851 hours,
(Name of Accused)

1) at Lot "G", knowingly or intentionally possess a controlled substance, to wit: Marijuana;
2) at Lot "G", in his possession with intent to use, drug paraphernalia to wit: Marijuana cigarette;

in violation of 1)U.S.C. Title 21 Section 844(a and 2) Title 18 Section 13 and NJSA 2C:36-2.

Further this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

JACOB ELBERG
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

11/28/07
DATE

HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

11/28/07 NK 3/5/08